REMO ENGINEERING CORPORATION, Appellant and Respondent, *v.* CITY OF NEW YORK, Respondent and Appellant.

Argued June 3, 1941; decided July 29, 1941.

*Emil V. Pilz* and *Asa B. Kellogg* for plaintiff, appellant and respondent.

658

*William C. Chanler, Corporation Counsel (John G. Clancy* and *Paxton Blair* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.